### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**DANIEL LOUIS WILLIAMS**                                                    **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 2:15cv21-DPJ-FKB**

**BILLY MCGEE**                                                                **DEFENDANT**


### ORDER ADDING DEFENDANTS

BEFORE THE COURT is *pro se* Plaintiff Daniel Louis Williams's Response [10].  He is a pretrial detainee at the Forrest County Jail, and he challenges the conditions of his confinement. Williams's Response adds the following Defendants: Captain Donnell Brannon, Sergeant Milsap, Sergeants # 18, 10, and 26, Sergeant Estrada, Phillip Jackson, and Correctional Officers # 25, 22, 68, 40, and 47.  The Clerk of Court shall add them to the docket.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall add Captain Donnell Brannon, Sergeant Milsap, Sergeants # 18, 10, and 26, Sergeant Estrada, Phillip Jackson, and Correctional Officers # 25, 22, 68, 40, and 47 as Defendants herein.

**SO ORDERED**, this the 15th day of June, 2015.

s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE