IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

DANIEL LOUIS WILLIAMS                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 2:15-cv-21-FKB-FKB

BILLY McGEE, ET AL.                                              DEFENDANTS

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order entered this date, the

Court hereby dismisses Plaintiff's claims against all Defendants with prejudice.

IT IS, therefore, ordered and adjudged that this entire case is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 13th day of February, 2018.

/s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE

˘1˘